UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index Number: CV 13 5656
Date Filed: 10-15-2013
Court/Return Date:

ATTORNEY(S) THE LAW OFFICES OF KENNETH F. SMITH, PLLC PH: (646) 450-9929
16 COURT ST., STE. 2910 BROOKLYN, NY 11241 | METRO

Love Olatunjiojo

vs

*Plaintiff*

The City of New York, Kings County District Attorney, Jermaine Taylor, Diana Pichardo & (First Name Unknown) Calderon, "Jane Doe" a/k/a "Pocahontas" & John Does 1-9

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Assmat Abdelrahman__, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **November 4, 2013**, at **3:05 PM** at **2860 West 23rd St., Brooklyn, NY 11224**, Deponent served the within **Summons in a Civil Action and Complaint**

On: **Diana Pichardo, NYCPD, Housing PSA1, Defendant** therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to **Sgt. Bergenbaum (co-worker)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ #5 MAILING
On **November 5, 2013**, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Male          Color of skin: White          Color of hair: Black     Age: 21-35
Height: 5ft9in-6ft0in     Weight: 161-200 lbs  Other Features:

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on November 5, 2013

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Assmat Abdelrahman
Job #: 1330273     Lic# 1115274
Client's File No.:

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 Lic#1371771 PH. 516-248-8270, FAX 516-294-6225